IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:19-cr-362-FDW |
| ) | |
| ) | **BILL OF INDICTMENT** |
| v. ) | |
| ) | Violation: 18 U.S.C. § 922(g)(1) |
| ) | |
| PHILIP DANIEL YATES ) | |
| ) | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
*(Possession of Ammunition by a Convicted Felon)*

On or about July 4, 2019, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**PHILIP DANIEL YATES,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition, that is, PMC .223 Rem and Winchester Cartridge Company .9mm caliber ammunition, in and affecting commerce; in violation of Title 18, United States Code, Section 922(g)(1).

**NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE**

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The ammunition listed below is subject to forfeiture in accordance with § 924(d) because it was involved in, used, or intended to be used in the violation alleged in this bill of indictment. The Grand Jury finds probable cause to believe that the following property, seized on or about July 4, 2019, is subject to forfeiture on one or more of the grounds stated above: ammunition seized during the investigation.

A TRUE BILL

R. ANDREW MURRAY
UNITED STATES ATTORNEY

*/s/ Kimlani M. Ford*

KIMLANI M. FORD
ASSISTANT UNITED STATES ATTORNEY