# NEW CRIMINAL CASE COVER SHEET  U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ○ YES  ● NO  **DOCKET NUMBER:** 3:19-CR-362-FDW

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME** : US vs PHILIP DANIEL YATES

**COUNTY OF OFFENSE** : Mecklenburg

**RELATED CASE INFORMATION** :

*Magistrate Judge Case Number* :

*Search Warrant Case Number* :

*Miscellaneous Case Number* :

*Rule 20b* :

**SERVICE OF PROCESS** : Arrest Warrant

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*  ○ Petty  ○ Misdemeanor  ● Felony

18 U.S.C. Section 922(g)(1)

**JUVENILE:** ○ Yes  ● No

**ASSISTANT U. S. ATTORNEY** : Kimlani M. Ford

**VICTIM/WITNESS COORDINATORS:** Shirley Rutledge

**INTERPRETER NEEDED** :

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**