This WHCAP is being returned unexecuted as the Subject's State charges has been dismissed.

GREG FOREST, USM

*Demetria Brittingham* (signature)

BY: Demetria Brittingham, IA

FILED
CHARLOTTE, NC

FEB 04 2020

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) DOCKET NO.: 3:19-CR-00362-FDW-DSC |
|---|---|
| v. | ) <u>WRIT OF HABEAS CORPUS</u> <u>AD PROSEQUENDUM</u> |
| PHILIP YATES ID # 0000197712 | ) |

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO: The Director, Bureau of Prisons, Washington, D.C.
TO: U.S. Marshal, Western District of North Carolina, Charlotte, North Carolina
TO: Chief Jailer, Mecklenburg County Jail, 801 E. 4th Street Charlotte, North Carolina

**IT IS ORDERED** that you have the body of PHILIP YATES, ID # 0000197712, W/M, DOB 7/9/1978, detained in the Mecklenburg County Jail, under safe and secure conduct, brought before the Honorable David S. Cayer, United States Magistrate Judge, Western District of North Carolina, at the courtroom in the city of Charlotte, North Carolina, FORTHWITH, on or before 3/2/2020 at 10:30 a.m./p.m., to make an initial appearance before the Court on charges now pending in said Court against Defendant.

**IT IS FURTHER ORDERED** that the United States Marshals Service shall return Defendant to the Mecklenburg County Jail, under safe and secure conduct, after the disposition of the above captioned case.

The Clerk is directed to certify copies of this Order to the United States Marshals Service, the Mecklenburg County Jail, and the United States Attorney.

**SO ORDERED.**    Signed: February 3, 2020

David S. Cayer
United States Magistrate Judge